UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUNTHOEUN KONG,<br><br>            Petitioner,<br>v.<br><br>KEVIN MCALEENAN, et al.,<br><br>           Respondents. | C.A. No. 18-10901-GAO |

## **NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Respondents.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

*/s/ Annapurna Balakrishna*
Annapurna Balakrishna, BBO # 655051
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel.:  617-748-3111
Email: annapurna.balakrishna@usdoj.gov

Dated:  June 20, 2019

## CERTIFICATE OF SERVICE

I, Annapurna Balakrishna, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 20, 2019

*/s/ Annapurna Balakrishna*
Annapurna Balakrishna
Assistant U.S. Attorney