UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| BUNTHOEUN KONG, <br><br> Petitioner, <br><br> v. <br><br> KEVIN MCALEENAN, et al., <br><br> Respondents. | C.A. No. 18-10901-GAO |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to L.R. 83.5.2(c)(1), please note the <u>withdrawal</u> of appearance of Jessica P. Driscoll, Assistant United States Attorney, on behalf of the Respondents.

Respectfully submitted,

ANDREW E. LELling
United States Attorney

By: */s/ Jessica P. Driscoll*
Jessica P. Driscoll, BBO No. 655394
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3398
Jessica.Driscoll@usdoj.gov

Dated: June 20, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

*/s/ Jessica P. Driscoll*
Jessica P. Driscoll
Assistant United States Attorney

Dated: June 20, 2019