UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Bunthoeun Kong, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | Civil Action No. 1:18-cv-10901-GAO |
| | * | |
| | * | |
| Secretary Kirstjen M. Nielsen et al | * | |
| | * | |
| Defendant, | * | |

ORDER OF DISMISSAL

August 22, 2019

O'Toole, D.J.

In accordance with the Court's Order dated August 22, 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Taylor Halley

Deputy Clerk